IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KEVIN RAY PEARCY            PLAINTIFF

      v.           Civil No. 6:09-cv-06114

DEPUTY SHANE TATUM,
Garland County Detention Center; and
CAPTAIN MEL STEED, Administrator,
Garland County Detention Center            DEFENDANTS

## JUDGMENT

For the reasons stated in a memorandum opinion entered this same day, the case is dismissed for failure to obey the orders of the Court and failure to prosecute. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED this 20th day of October 2010.

           /s/ Barry A. Bryant
           HON. BARRY A. BRYANT
           UNITED STATES MAGISTRATE JUDGE